D. John Ashby, ISB No. 7228
William K. Smith, ISB No. 9769
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5200
Email: jashby@hawleytroxell.com

Attorneys for Defendant CJ East, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAURIE POTTS,<br><br>          Plaintiff,<br><br>vs.<br><br>CJ EAST, LLC, an Idaho limited liability company, and DAKOTA BOWMAN,<br><br>          Defendants. | Case No. 4:19-cv-00217-BLW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

The parties, by and through their respective counsel of record, hereby stipulate to dismissal of the above-entitled action, with prejudice, the parties to each bear their own costs and attorney fees.

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

56497.0002.13008566.1

DATED THIS 27th day of July, 2020.

                                    HAWLEY TROXELL ENNIS & HAWLEY LLP

                                    By  /s/ D. John Ashby
                                          D. John Ashby
                                          Attorneys for Defendant CJ East, LLC

DATED THIS 27th day of July, 2020.

                                  CASPERSON ULRICH DUSTIN PLLC

                                    By  /s/ DeAnne Casperson [Signed with Permission]
                                          DeAnne Casperson
                                          Attorneys for Plaintiff Laurie Potts

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 27th day of July, 2020, I electronically filed the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| DeAnne Casperson<br>CASPERSON ULRICH DUSTIN PLLC | dcasperson@workandwage.com |
| Amanda E. Ulrich<br>CASPERSON ULRICH DUSTIN PLLC | aulrich@workandwage.com |
| Ryan S. Dustin<br>CASPERSON ULRICH DUSTIN PLLC | rdustin@workandwage.com |
| Dana Gneiting<br>CASPERSON ULRICH DUSTIN PLLC | dgneiting@workandwage.com |

  AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Dakota Bowman<br>446 A Street<br>Idaho Falls, ID  83402 | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ E-mail<br>☐ Facsimile |

                 /s/  D. John Ashby
                D. John Ashby

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of July, 2020, I caused to be served a true copy of the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| DeAnne Casperson<br>Amanda E. Ulrich<br>Ryan S. Dustin<br>CASPERSON ULRICH DUSTIN PLLC<br>356 W. Sunnyside Rd., Suite B<br>Idaho Falls, Idaho 83402<br>*[Attorneys for Plaintiff]* | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ E-mail:  dcasperson@workandwage.com<br>            aulrich@workandwage.com<br>            rdustin@workandwage.com<br>☐ Facsimile:  208.745.2523 |
| Dakota Bowman<br>446 A Street<br>Idhao Falls, ID  83402 | ☑ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ E-mail<br>☐ Facsimile |

_____
D. John Ashby